# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:17 CR 512 |
| | ) | |
| PLAINTIFF, | ) | JUDGE CHRISTOPHER BOYKO |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT SILMI'S EMERGENCY** |
| EMAD SILMI | ) | **MOTION FOR CONTINUANCE** |
| | ) | **OF SENTENCING HEARING** |
| DEFENDANT. | ) | |

Now comes Defendant, by and through undersigned counsel, and hereby moves the court for an order granting Defendant's motion to continue the sentencing hearing for at least 10 days.

Undersigned counsel has a conflict in scheduling the morning of Mr. Silmi's sentencing hearing.

Undersigned counsel's mother was recently diagnosed with cancer and counsel must drive and attend an oncology appointment at 12:00 pm in Beachwood, Ohio. Also, undersigned counsel must first appear for a sentencing hearing at 10:00 am in the capital murder case in *State of Ohio v. Thomas Knuff*, Case No. 618285 in the Cuyahoga County Court of Common Pleas. The hearing is expected to last approximately 30 to 45 minutes.

Wherefore, due to undersigned counsel's unavailability, Defendant respectfully requests and order granting a brief continuance of the sentencing hearing.

1

Respectfully submitted,

/s/ Craig T. Weintraub
CRAIG T. WEINTRAUB, ESQ. (#0040095)
55 Public Square
Suite 1600
Cleveland, Ohio 44113
(216) 896-9090
(216) 456-2310 facsimile
cweintraub@hotmail.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically and notice will be sent to all parties electronically by operation of the court's electronic filing system.

s/ Craig T. Weintraub
CRAIG T. WEINTRAUB, ESQ.